```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br>                                )<br>JONATHAN W. ROBINSON,           )<br>                                )<br>            Defendant.          )<br>                                )<br>_____ ) | CASE NO. 05-MJ-00212 WMW<br><br>STIPULATION TO CONTINUE HEARING AND FOR CHANGE OF VENUE |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant, that the hearing currently scheduled for  October 26, 2005 at 10:30 a.m. in Fresno, California shall be continued until **November 1, 2005 at 9:00 a.m. in Yosemite, California.**

///

///

///

///

///

1

1  This continuance is requested to ensure that the government's
2  witnesses are available to attend the hearing.
3  Dated:     10/19/05         Respectfully submitted,
4                                       McGREGOR W. SCOTT
                                         United States Attorney
5
6                              By    /s/Stanley A. Boone
                                     STANLEY A. BOONE
7                                      Assistant U.S. Attorney
8
9  Dated:     10/24/05              /s/ Carrie S. Leonetti
                                    CARRIE S. LEONETTI
10                                  Attorney for Defendant

2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05-MJ-00212 WMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE HEARING AND |
| v. | ) | FOR CHANGE OF VENUE |
| | ) | |
| JONATHAN W. ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Per the parties stipulation, IT IS HEREBY ORDERED that the hearing currently scheduled for October 26, 2005 at10:30 a.m. in Fresno, California shall be continued until **November 1, 2005 at 9:00 a.m. in Yosemite, California.**

IT IS SO ORDERED.

**Dated:   October 25, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE